UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FLEET MARINE, INC.                        CIVIL ACTION

Versus                                    NO. 11-173

AMERICAS BULK TRANSPORT (BVI) LTD.        SECTION "F"
```

ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the plaintiff's motion to stay pending arbitration, noticed for submission on November 23, 2011, has been submitted.

Accordingly, the motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit,[1] IT IS ORDERED that the plaintiff's motion to stay pending arbitration is GRANTED as unopposed. The Court orders that this case be administratively closed for statistical purposes.

---

[1] The charter party contains an arbitration provision in clause 42 stating that "Any dispute arising out of this Charter Party or any Bill of Lading issued hereunder shall be referred to arbitration. . . ." Arbitration is already underway in London, and all proceedings related to the attachment of defendant's property before this Court have been resolved.

1

New Orleans, Louisiana, November 18, 2011

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE